UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABF FREIGHT SYSTEM, INC.;<br>ARCBEST CORPORATION;<br>ARKANSAS FREIGHT; and DOES 1<br>throught 100, Inclusive,<br><br>　　　　　Defendants. | Case No. CV 16-8736-GW(Ex)<br><br>**ORDER GRANTING<br>STIPULATION RE: DISMISSAL** |

The Stipulation of the Parties is adopted by the Court,

IT IS ORDERED:

This action shall be dismissed in its entirety with prejudice forthwith, with each party to bear its own fees and costs.

Dated: April 20, 2017

*George H. Wu*

GEORGE H. WU, U.S. District Judge